UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO OROSCO,<br><br>    Plaintiff,<br><br>v.<br><br>JESSE BUSTILLO et al.,<br><br>    Defendants. | Case No. 2:23-cv-07128-SB-MAR<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

   Plaintiff Alvaro Orosco filed his complaint on August 29, 2023.  Dkt. No. 1. Plaintiff had 90 days to serve Defendants Jesse Bustillo and Logue Beachfront, LLC, Fed. R. Civ. P. 4(m), which expired November 27, 2023.  That date has passed, and Plaintiff has failed to file proof of service on either Defendant. Plaintiff is ordered to show cause, in writing, no later than December 8, 2023, why this action should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

   The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before December 8, 2023, of proof of service.  The filing of such a proof of service shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendants.

   IT IS SO ORDERED.

Date: December 1, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge